UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAVINDRANATH V. SHENOY,

                              Plaintiff,

        - against -

JOSE HONRADO,

                              Defendant.

---

25-cv-10769 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference held today, the plaintiff may file an amended complaint by **May 15, 2026.** If the plaintiff files an amended complaint, the defendant's pending motion to dismiss will be denied without prejudice as moot and the defendant may move to dismiss or answer the amended complaint by **June 5, 2026.** The plaintiff may respond to any motion to dismiss the amended complaint by **June 26, 2026.** The defendant may reply by **July 10, 2026.** The defendant need not request a pre-motion conference before moving to dismiss the amended complaint.

If the plaintiff does not amend his complaint, he should respond to the defendant's pending motion to dismiss by **June 5, 2026.** The defendant may reply by **June 19, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 29, 2026

                                          John G. Koeltl
                                  United States District Judge