UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
RAVINDRANATH V. SHENOY,

                Plaintiff(s)

    -against-

JOSE HONRADO,

                Defendant(s).
--------------------------------------------------------------X

25 civ 10769 (JGK)

## ORDER

The conference scheduled for Tuesday, May 26, 2026, at 3:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 20, 2026