**Offit | Kurman®**
Attorneys At Law

Trust. Knowledge. Confidence.

Daniel I. Goldberg
347-589-8542
digoldberg@offitkurman.com

October 6, 2026

VIA ECF
Hon. John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Stay continued. Parties should provide a status report by 11/6/26. So ordered, John G. Koeltl /U.S.D.J. 10/7/26

Re: Ravindranath V. Shenoy v. Jose Honrado
Case No. 1:25-cv-10769-JGK

Dear Judge Koeltl:

My firm represents Plaintiff Ravindranath V. Shenoy in the above-referenced action. I am writing on behalf of all parties to provide a status-update in accordance with the Court's August 7th Memo Endorsement (Dkt. #27) of Defendant's August 6th letter to the Court, granting the request for a further stay of this matter in order to give the parties the time needed to complete their planned mediation. As set forth below, after having completed the first day of mediation -- we are now seeking a further 30 day stay of this matter to allow the parties to complete a second day of mediation with the hope of resolving this matter.

On September 23rd, all parties to this action and the related Supreme Court, Kings County action and their counsel met with Michael Cardello III, Esq., of Moritt Hock & Hamroff LLP, as mediator, for a full day of mediation. The mediation was productive, but we did not resolve the dispute. Indeed, an issue arose at the mediation which supported "breaking" and allowing Defendant's counsel a chance to review the issue before the parties proceeded further. All of the same parties and counsel attending the September 23rd mediation attended a follow-up Zoom conference with the mediator today. At that time, subject to agreement by the parties, counsel agreed to tentatively schedule a second day of in-person mediation with Mr. Cardello on October 16th. We plan to update the Court to advise when that date is solidified or not. In the meantime, we are asking for an additional 30 day stay of this matter to accommodate the planned second day of mediation.

Respectfully submitted,

Daniel I. Goldberg

Daniel I. Goldberg