**Offit | Kurman**®
Attorneys At Law

Trust. Knowledge. Confidence.

Daniel I. Goldberg
347-589-8542
digoldberg@offitkurman.com

November 6, 2026

VIA ECF
Hon. John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Time to file an amended complaint extended to 12/21/26. Action stayed until then. So ordered.
G. Koeltl / U.S.D.J.
11/9/26

Re: Ravindranath V. Shenoy v. Jose Honrado
Case No. 1:25-cv-10769-JGK

Dear Judge Koeltl:

My firm represents Plaintiff Ravindranath V. Shenoy in the above-referenced action. I am writing on behalf of all parties to provide a status-update in accordance with the Court's October 7th Order (Dkt. #29), and request a further brief stay of this action and extension of time for Plaintiff to file an amended Complaint. Plaintiffs seeks to preserve the right to file such amended Complaint, as of right, per prior Order of the Court.

Since our mediation on September 23, 2026, the parties have continued to engage in settlement negotiations through Michael Cardello III, Esq., of Moritt Hock & Hamroff LLP, as mediator. We have not yet completed the 2nd day of mediation, as previously contemplated in our October 6th letter to the Court, **but we are scheduled to complete that on December 8th**. The scheduling of this second day of mediation was delayed because the parties were engaged in substantive discussions over parameters for moving forward on the next mediation date and due to various scheduling conflicts among the attorneys and mediator.

For that reason, we are asking for a final brief stay of this action and extension of time for Plaintiff to file his amended Complaint to **December 21, 2026**. We are hopeful in the interim that the parties can reach a settlement in lieu of further litigation.

Respectfully submitted,

[signature]

Daniel I. Goldberg

cc: Susan Mauro, Esq.